IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANK PRADO-HERNANDEZ,

Plaintiff,

v.

R & B POWER, INC., et al.,

Defendants.

CIVIL NO.: 15-1788 (MEL)

**JUDGMENT**

In light of the court's order (ECF No. 125) noting and granting the joint stipulation for voluntary dismissal, the court hereby enters judgment dismissing with prejudice all claims in the complaint.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 8th day of December, 2017.

s/Marcos E. López
U.S. Magistrate Judge